37161.   BROWN *et al. v.* THE STATE.

Decided June 23, 1958.

738

*James E. Weldon,* for plaintiffs in error.

*Wright Lipford, Solicitor-General,* contra.

GARDNER, Presiding Judge. In our opinion the evidence is insufficient to convict the defendants, or either of them.

The court erred in denying the motions for new trial on the general grounds.

*Judgment reversed. Townsend and Carlisle, JJ., concur.*